UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ANGELA WAHAB, *on behalf of herself and all others similarly situated*,

         Plaintiff,  : 1:24-cv-00385 (ALC)

-against-  : **ORDER OF DISCONTINUANCE**

**PERELMAN'S FAMILY JEWELRY, INC.**,

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

**Dated:** May 7, 2024

  New York, New York            **ANDREW L. CARTER, JR.**
                            **United States District Judge**